IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20999
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus


SIKAN ESSIEN,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-290-ALL
- - - - - - - - - -
September 12, 2001

Before REAVLEY, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Sikan Essien appeals the sentence he received after pleading guilty to four counts of aiding and abetting the possession of counterfeit securities in violation of 18 U.S.C. §§ 513(a) & 2. He challenges the district court's imposition of a two level role-in-the-offense increase under U.S.S.G. § 3B1.1(c) and, for the first time on appeal, the restitution order.

Our review of the record and the arguments and authorities convinces us that no reversible error was committed.  The

_____

[*] Pursuant to 5th Cir. Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. Rule 47.5.4.

district court did not clearly err in enhancing Essien's offense level by the minimum amount provided for in U.S.S.G. § 3B1.1. See United States v. Parker, 133 F.3d 322, 329-30 (5th Cir. 1998).  Essien fails to identify any plain error with respect to the district court's restitution order. See United States v. Myers, 198 F.3d 160, 168 (5th Cir. 1999), cert. denied, 530 U.S. 1220 (2000).

Accordingly, the judgment is AFFIRMED.